# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIO AGOSTINI, | : | |
| Plaintiff | : | |
| | : | No. 1:18-cv-01666 |
| v. | : | |
| | : | (Judge Kane) |
| WILLIAM MIDLICK, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 31st day of October 2018, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. Nos. 2), construed as a motion to proceed without the full prepayment of the filing fee and costs, is **GRANTED** and his complaint is deemed filed;

2. Plaintiff's complaint (Doc. No. 1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
